# IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **CHARLES EUGENE MOORE,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION 1:19-00605-KD-MU** |
| | ) | |
| **CLEO TOLLIVER, *et al.*,** | ) | |
| **Defendants.** | ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised and there having been no objections filed, the Report and Recommendation of the Magistrate Judge dated April 6, 2020 is **ADOPTED** as the opinion of this Court.  As such, it is **ORDERED** that:

1) Defendants Kenneth Peters and William Streeter are **DISMISSED** without prejudice from this action, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) as Plaintiff's claims against them fail to state a claim upon which relief can be granted.

2) Leave is **GRANTED** to Plaintiff to file, on or before **May 29, 2020,** amended claims against Defendant Peters and Streeter on the Court's § 1983 complaint form and curing the deficiencies noted in the Report and Recommendation (Doc. 17).  If the amended claims are not filed by Plaintiff within the required time, Defendants Peters and Streeter will be dismissed without prejudice from this action.

3) This action is still due to proceed against the remaining Defendant Cleo Tolliver.

**DONE** and **ORDERED** this the **30th** day of **April 2020.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**