**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **CHARLES EUGENE MOORE,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **CIVIL ACTION 1:19-00605-KD-MU** |
| **CLEO TOLLIVER,** | ) | |
| **Defendant.** | ) | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated August 19, 2021 is **ADOPTED** as the opinion of this Court.  Accordingly, it is **ORDERED** that Defendant Cleo Tolliver's motion for summary judgment is **GRANTED**, Plaintiff Charles Eugene Moore's Eighth Amendment claims are **DISMISSED** and this action is **DISMISSED** in its entirety.

**DONE** and **ORDERED** this the **16th** day of **September 2021.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**