# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **CHARLES EUGENE MOORE,** ) | |
| Plaintiff, ) | |
| ) | |
| **v.** ) | |
| ) | **CIVIL ACTION 1:19-00605-KD-MU** |
| **CLEO TOLLIVER,** ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the Order issued on this date, it is **ORDERED, ADJUDGED,** and **DECREED** that Defendant Cleo Tolliver's motion for summary judgment is **GRANTED**, Plaintiff Charles Eugene Moore's Eighth Amendment claims are **DISMISSED,** and this action is **DISMISSED** in its entirety.

**DONE** and **ORDERED** this the **16th** day of **September 2021.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**